UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL
OF CARPENTERS,

    Plaintiff,                          Case No. 13-cv-14566
                                                   Hon. Matthew F. Leitman

v.

GLENN SMITH et al.,

    Defendants.

_____/

## ORDER STAYING CASE IN ALL RESPECTS

On January 28, 2015, the Court convened a status conference with counsel for all parties. Based upon discussions with counsel during the Court's status conference, and with the consent of all parties, **IT IS HEREBY ORDERED** that this matter is **STAYED** in all respects for 60 days from the date of this Order (i.e. until March 30, 2015).

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: January 29, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2015, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (313) 234-5113