UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL
OF CARPENTERS,

    Plaintiff,

v.

GLENN SMITH et al.,

    Defendants.
_____/

Case No. 13-cv-14566
Hon. Matthew F. Leitman

## ORDER CONTINUING LIMITED STAY OF DISCOVERY OF DEFENDANT GLENN SMITH

On June 4, 2015, the Court issued an Order continuing a limited stay of discovery of Defendant Glenn Smith ("Smith"). (*See* ECF #36.)  The Court issued that stay – and the previous stays entered in this action – because Smith was under criminal investigation with respect to the allegations made in Plaintiff's Complaint.

While the Court said in its June 4 Order that it would not further extend the limited stay of discovery after the stay expired on August 3, 2015, circumstances in this matter have changed.  On July 1, 2015, the United States of America charged Smith by Information with one count of criminal embezzlement.  (*See* Case No. 15-cr-20403 at ECF #1.)  The Court now believes that given the pending criminal charge against Smith, an extension of the stay is appropriate.

1

The Court held a telephonic status conference with counsel for all parties, including Smith's criminal counsel, on August 3, 2015 to discuss these issues. As discussed with counsel during that conference, **IT IS HEREBY ORDERED** that the limited stay of discovery of Smith shall be extended 90 days from the date of this Order. Upon the expiration of this limited stay, and at a date and time to be set by the Court, the Court will hold another telephonic status conference with the parties (including Smith's criminal counsel) to discuss the status of both this civil action and Smith's criminal case.

    **IT IS SO ORDERED**.


    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: August 4, 2015


    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2015, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (313) 234-5113