UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL
OF CARPENTERS,

      Plaintiff,                          Case No. 13-cv-14566
                                             Hon. Matthew F. Leitman

v.

GLENN SMITH *et al*.,

      Defendants.
_____/

## ORDER CONTINUING LIMITED STAY OF DISCOVERY OF DEFENDANT GLENN SMITH

On November 9, 2015, the Court issued an Order continuing a limited stay of discovery of Defendant Glenn Smith ("Smith") for a period of 60 days. (*See* ECF #40.) As discussed with counsel during a January 11, 2016, telephonic status conference, **IT IS HEREBY ORDERED** that the limited stay of discovery of Smith shall be extended 30 days from the date of this Order. Upon the expiration of this limited stay, and at a date and time to be set by the Court, the Court will hold another telephonic status conference with the parties (including Smith's criminal counsel) to discuss the status of both this civil action and Smith's criminal case.

      **IT IS SO ORDERED**.


                                        s/Matthew F. Leitman_____
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: January 12, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113