UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL
OF CARPENTERS,

    Plaintiffs,                  Case No. 13-cv-14566
                                      Hon. Matthew F. Leitman
v.

GLENN SMITH, et al.,

    Defendants.
_____/

**NOTICE OF HEARING ON PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AS TO GLENN SMITH (ECF #57)
AND ORDER TO APPEAR FOR STATUS CONFERENCE**

On January 12, 2017, counsel for Plaintiff filed a Motion for Default Judgment as to Glen Smith. (*See* ECF #57).

**IT IS HEREBY ORDERED** that counsel for all parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 237, Detroit, Michigan, on **Thursday, March 8, 2017 at 2:00 p.m.** for a hearing on Plaintiff's motion.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Notice and a copy of the proposed judgment on Defendant Glenn Smith no later than **March 1, 2017.** Plaintiff shall also file a Certificate of Service with the Court no later than **March 3, 2017**.

**IT IS FURTHER ORDERED** that at the conclusion of the motion hearing, the Court will conduct a status conference in this action with counsel for the remaining parties.

**IT IS SO ORDERED.**

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated: February 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 15, 2017, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (313) 234-5113